DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RUBEN PAILLERE,**
Appellant,

v.

**AN LUXURY IMPORTS OF PEMBROKE PINES, INC.,**
d/b/a **MERCEDES BENZ OF PEMBROKE PINES,**
Appellee.

No. 4D2025-2834

[August 6, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Jacqueline Joan-Marie Powell, Judge; L.T. Case No. 062024SC047491AXXXCE.

Jeremy Alexander McLymont of AsiliA Law Firm, P.A., Miami, for appellant.

Nancy W. Gregoire Stamper of Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale, and Richard Alan Ivers of Law Office of Richard A. Ivers, Coconut Creek, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***